IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Harpreet Singh,                                    :
                                                   :
        Petitioner,                                :        Case No. 1:26-cv-136
                                                   :
             v.                                    :
                                                   :        Judge Susan J. Dlott
Kevin Raycraft, Acting Field Officer               :
Director of Enforcement and Removal                :
Operations, Detroit Field Office,                  :        Order Vacating Referral to Magistrate
Immigration and Customs Enforcement,               :        Judge
*et al.*,                                          :
                                                   :
                                                   :
        Respondents.                               :


This habeas corpus case was randomly referred to Magistrate Judge Chelsey M. Vascura

pursuant to Amended General Order 22-05.  That reference is hereby **VACATED**.

        **IT IS SO ORDERED**.


                                        S/Susan J. Dlott_____
                                        Judge Susan J. Dlott
                                        United States District Court

1