IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Harpreet Singh,                              :
                                             :
            Petitioner,                      :
                                             :     Case Number: 1:26cv136
      vs.                                    :
                                             :     Judge Susan J. Dlott
Secretary, U.S. Department of Homeland       :
Security.                                    :
                                             :
                                             :
            Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED

This action was decided by the Court without a trial.   It was ordered and adjudicated that the

Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) was granted.

The Court retains jurisdiction to enforce its grant of relief or to adjudicate timely petitions

filed under the Equal Access to Justice Act, 28 U.S.C. § 2412.

4/24/2026                                          RICH NAGEL, CLERK


                                                    S/William Miller
                                                   Deputy Clerk